NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HAROLD C. MARCHENA,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2017-1476

———————————

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00076-TCW, Judge Thomas C. Wheeler.

———————————

## JUDGMENT

———————————

KENNETH FOARD MCCALLION, McCallion & Associates LLP, New York, NY, argued for plaintiff-appellant.

ANTHONY F. SCHIAVETTI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


  November 14, 2017          /s/ Peter R. Marksteiner
           Date                        Peter R. Marksteiner
                                          Clerk of Court